Frank **COSTELLO**, Appellant, v. **William H. HIATT**, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 14413.

United States Court of Appeals Fifth Circuit.

April 23, 1953.

Wm. C. Orchard, New Orleans, La., Ralph R. Quillian, Atlanta, Ga., George Wolf, New York City, for appellant.

Harvey H. Tisinger, Asst. U. S. Atty., and J. Ellis Mundy, U. S. Atty., Atlanta, Ga., for appellee.

Before HOLMES, STRUM and RIVES, Circuit Judges.

PER CURIAM.

The record, briefs and oral arguments herein having been considered, and no reversible error being found, it is ordered and adjudged that the judgment appealed from be and the same is hereby affirmed.

Max **GORDON**, Petitioner, Appellant, v. Carl F. **WOODS**, Trustee, Appellee.

In the Matter of The **YOUNG CORPORATION**, Bankrupt.

No. 4683.

United States Court of Appeals First Circuit.

April 27, 1953.

Morris Michelson, Boston, Mass., and Francis I. McCanna, Providence, R. I., for appellant.

Robert A. B. Cook, Boston, Mass., Phipps, Durgin & Cook, Boston, Mass., on brief, for appellee.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

Appellant has filed a petition for rehearing, to which appellee, at our invitation, has filed an answering memorandum. We think the petition for rehearing should be denied. 202 F.2d 476. An order to that effect will be entered.

MAGRUDER, Chief Judge (concurring).

As additional support for our view that the provision for liquidated damages is not controlling, reference might be made to 3 Williston on Contracts (Rev. ed. 1936), note 1, page 2222: "The provision for liquidated damages is also inoperative where the defendant's willful breach is in wanton disregard of the plaintiff's rights, but substantial or even punitive damages will be given."

UNITED **STATES** of America, Plaintiff-Appellee, v. Max **SCHARFMAN**, Defendant-Appellant.

No. 259, Docket 22596.

United States Court of Appeals Second Circuit.

Argued April 17, 1953.

Decided April 17, 1953.

Herbert Shiff, New York City, Frederick Posses, New York City (Samuel Lawrence Brennglass, New York City, of counsel), for appellant.

J. Edward Lumbard, Jr., U. S. Atty. for Southern District of New York, New York City (Gerome J. Leone and Whitney North Seymour, Jr., Asst. U. S. Attys., New York City, of counsel), for appellee.

Before L. HAND, AUGUSTUS N. HAND and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed in open court.